MARY ELLEN MURPHY v. JAMES WILLIAM HARDISON

No. 738SC421

(Filed 25 July 1973)

APPEAL by plaintiff from *Copeland, Judge,* 6 November 1972 Civil Term of Superior Court held in LENOIR County.

This action is to recover damages for injuries sustained in an automobile accident. The jury found that plaintiff was injured by defendant, who is plaintiff's father, and that plaintiff was entitled to recover $1250.00 for her injuries.

*Turner and Harrison by Fred W. Harrison for plaintiff appellant.*

*Whitaker, Jeffress & Morris by A. H. Jeffress for defendant appellee.*

VAUGHN, Judge.

Plaintiff's only assignment of error relate to the judge's instructions on the measure of damages. We hold that the judge correctly explained the law arising on the evidence given in the case being tried.

No error.

Judges BROCK and BALEY concur.